# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-5134**                              **September Term, 1999**
                                             **96cv02123**

**Filed On: June 12, 2000** [522713]

In re: Executive Office of the President,
            Petitioner

**BEFORE**:  Tatel, Circuit Judge

# O R D E R

Upon the court's own motion, it is

**ORDERED** that the Order issued April 21, 2000 is amended by adding the following paragraph at the end of the Order:

> Judicial Watch also contends that "Judge David W. Hagen, an appointee of President Clinton, recused himself" from a case against Mrs. Hillary Rodham Clinton and several of the President's advisors "as the conduct of the wife of the President and their friends and colleagues was at issue."  In fact, Judge Hagen recused himself because he had a financial interest in a publishing company that was also a party to the lawsuit.

**Per Curiam**